John F. Cuneo, Appellant, v. City of Chicago, Appellee. Gen. Nos. 43,759, 43,823.

opinion filed June 4, 1947; released for publication June 19, 1947. Campbell, Clithero & Fischer, for appellant; Carlton L. Fischer and John F. Arnold, of counsel; Barnet Hodes, Corporation Counsel, for appellee; John J. Mortimer, John C. Melaniphy, Francis S. Lorenz and John J. Sullivan, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.